**In re: Paul Joon Jang and Ann Eun-Hyung Jang**  Case No.

Chapter 7

Last four digits of Social Security No.: 0832

Debtors 0254

# SCHEDULE B - PERSONAL PROPERTY
### Amended

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. **Cash on hand.** | | Cash on Hand | J | $1,000.00 |
| 2. **Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.** | | BB&T Checking Account | J | $70.00 |
| | | BB&T Checking Account (Frozen by Garnishment) | W | $1,804.09 |
| 3. **Security deposits with public utilities, telephone companies, landlords, and others.** | | 1 1/2 Month Security Deposit for Residential Lease | J | $3,225.00 |
| | | Security Deopsit for It's a Bagel Lease Landlord has Judgment against Debtors ING Clarion Partners 2010 Corporate Ridge, #190 McLean, VA 22101 | J | $5,460.00 |
| | | Security Deposit for Jack's Famous Deli Lease (Landlord has judgment against Debtors) Gosnell Properties 8130 Boone Blvd. Vienna, VA | J | $5,673.00 |
| 4. **Household goods and furnishings, including audio, video, and computer equipment.** | | General Household Goods and Furnishings  At Debtors' Residence | J | $6,050.00 |
| 5. **Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | Misc books and pictures  At Debtors' Residence | J | $700.00 |
| 6. **Wearing apparel.** | | Adult Male and female Wearing Apparel  At Debtors' Residence | J | $1,000.00 |

4  continuation sheet(s) attached

**In re: Paul Joon Jang and Ann Eun-Hyung Jang**                                   Case No.

                                                                                   Chapter   7

**Last four digits of Social Security No.:** 0832
Debtors                                        0254

# SCHEDULE B - PERSONAL PROPERTY
**Amended**
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Watches/Neckalce/ Earrings/ Mustang Coat<br><br>At Debtors' Residence | J | $900.00 |
| | | Wedding Rings | J | $400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock in Jacks GD Food, Inc.<br>Business Closed<br><br>**Amended:** Added | J | $0.00 |
| | | Stopck in Jang Enterprises, Inc.<br>(Out of Business)<br><br>**Amended:** Added | J | $0.00 |

_3_   continuation sheet(s) attached

**In re:** Paul Joon Jang and Ann Eun-Hyung Jang                                          **Case No.**

                                                                                                                    **Chapter    7**

**Last four digits of Social Security No.:**   **0832**
Debtors                                                                 **0254**

# SCHEDULE B - PERSONAL PROPERTY
**Amended**
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

   2    continuation sheet(s) attached

**In re: Paul Joon Jang and Ann Eun-Hyung Jang**         Case No.

                                                          Chapter   7

**Last four digits of Social Security No.:  0832**
Debtors                                      0254

# SCHEDULE  B - PERSONAL PROPERTY
**Amended**
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles. | | 1995 Nissan Quest<br>139,000 miles<br>At Debtors' Residence | J | $500.00 |
| | | 1996 Toyota 4Runner<br>137,000 Miles<br>At Debtors' Residence | J | $2,000.00 |
| | | 2003 Acura TL<br>42,000 miles<br>At Debtors' Residence | H | $12,500.00 |
| 26. Boats, motors, and accessories. | | 1983 Bayliner Boat<br>Purchase in 2001 for $1800<br>JC Outboard<br>8000 Matthews Rd.<br>Bryan's Road, MD 20616 | H | $1,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Misc Restaurant Equipment<br>(Coffee machines, toasters, Mocrowave, Chairs, Signs, Menu Boards, refrigerator,<br>Griddle)<br>At Debtors' Residence | J | $1,500.00 |

1    continuation sheet(s) attached

**In re:** **Paul Joon Jang and Ann Eun-Hyung Jang**   **Case No.**

**Chapter  7**

**Last four digits of Social Security No.:  0832**
Debtors                                                                 **0254**

# SCHEDULE  B - PERSONAL PROPERTY
**Amended**
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

  0   continuation sheet(s) attached                                    Total  ⇨   $43,782.09

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

```
In re                          )
                               )
    PAUL JANG                  )
                               )
    ANN JANG                   )
                               )   Case No.  05-13483-RGM
              Debtors.         )   Chapter 7
_____)
```

VERIFICATION OF AMENDED SCHEDULES B

    I certify under penalty of perjury that the forgoing Amended Schedule B is true and correct.

                                        ___/s/Paul Jang_____
                                        Debtor


                                        ___Ann Jang_____
                                        Debtor


Date:    _10/20/05_____